UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1359
(2:13-cv-00393-RMG)
_____

ANTHONY WASHINGTON; MALCOLM M. CROSLAND, JR.

       Plaintiffs – Appellants

v.

SSA COOPER, LLC; HOMEPORT INSURANCE CO.; PAUL C. JOHNSON, JR., Successor to Daniel A. Sarno and District Chief Administrative Law Judge, US Department of Labor Office of Administrative Law Judges,

       Defendants – Appellees

and

DANIEL A. SARNO, JR., District Chief Administrative Law Judge, US Department of Labor Office of Administrative Law Judges,

       Defendant

_____

MOTION TO WITHDRAW AS COUNSEL
_____

COMES NOW counsel for the Appellees, Stephen E. Darling, and moves to withdraw as counsel pursuant to Fourth Circuit Local Rule 46(c) for the following reason: Richard A. Salloum has also made an appearance as counsel for Appellees and with their consent will represent Appellees' interests in this matter.

Respectfully submitted this 22nd day of April, 2014.

                                          s/Stephen E. Darling

                                          Counsel for Appellee

CERTIFICATE OF SERVICE

       I hereby certify that on April 22, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the registered CM/ECF users. I further certify that on April 22, 2014, I have sent the foregoing document by U.S.Mail, first class postage prepaid, to the following non-CM/ECF participant, addressed as follows:

| | |
|---|---|
| Malcolm McLaurin Crosland, Jr., Esq. | William Nettles, Esq. |
| STEINBERG LAW FIRM, LLP | U.S. Attorney |
| PO Box 9 | 151 Meeting Street, Ste. 200 |
| Charleston, SC  29402 | Charleston, SC  29401 |

                                                          s/Stephen E. Darling