FILED: April 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1359

(2:13-cv-00393-RMG)

_____

ANTHONY WASHINGTON; MALCOLM M. CROSLAND, JR.

       Plaintiffs - Appellants

v.

SSA COOPER, LLC; HOMEPORT INSURANCE CO.; PAUL C. JOHNSON, JR., successor to Daniel A Sarno and District Chief Administrative Law Judge, US Department of Labor Office of Administrative Law Judges

       Defendants - Appellees

 and

DANIEL A. SARNO, JR., District Chief Administrative Law Judge, US Department of Labor Office of Administrative Law Judges

       Defendant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk